**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**WILLIE C. ROGERS**                                                                **PETITIONER**

**vs.**                                                         **Civil Action No. 3:06-cv-406 HTW-LRA**

**RAYFORD HORTON**                                                  **RESPONDENT**

**FINAL JUDGMENT**

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner Willie C. Rogers.  The court, having adopted the Report and Recommendation as the order of this court, hereby dismisses petitioner's petition for writ of habeas corpus with prejudice and grants respondent's motion to dismiss.  The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 28th day of November, 2006.**

                                                               **s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**